Crews *v*. The State.

no money was placed, the purchaser was to be entitled to fifty dollars from the appellant. The appellant sold to said Atkinson one of these shares or envelopes for the sum of fifty cents.

On this indictment the appellant was tried and convicted. The only question made is as to the sufficiency of the indictment.

We have condensed the statements in the indictment, and set out what seems to us to be its substance; and it makes a case clearly within the statute on the subject. 2 G. & H. 468, sec. 32.

The indictment, in our opinion, was good, and the judgment must be affirmed.

The judgment below is affirmed, with costs.

*J. L. Mason, C. G. Offutt, J. W. Gordon,* and *W. March,* for appellant.

*D. W. Chambers* and *B. W. Hanna,* Attorney General, for the State.

———————•———————

## CREWS *v*. THE STATE.

APPEAL from the Hancock Circuit Court.

WORDEN, C. J.—The judgment in this case must be affirmed, for reasons stated in another case between the same parties, involving the same question, at the present term, *ante,* p. 28.

The judgment below is affirmed, with costs.

*J. L. Mason, C. G. Offutt, J. W. Gordon,* and *W. March,* for appellant.

*D. W. Chambers* and *B. W. Hanna,* Attorney General, for the State.